UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY, a foreign insurer,<br><br>                Plaintiff,<br><br>   v.<br><br>AIDAN ISRAEL, CHALSE OKOROM, MIGUEL A. LOPEZ, and MIGGY MOVER LLC,<br><br>                Defendants. | CASE NO. 2:23-cv-510<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

Counsel for Defendants Aidan Israel and Chalse Okorom contacted chambers by phone and email earlier today. The Court will not make an advisory ruling on the ethical obligations of counsel. In dealing with a person who is not represented by a lawyer, lawyers must comply with the rules of professional conduct. To the extent relief is sought, counsel must present the Court with a motion seeking any relief requested. *See* LCR 7 and 10. If the parties are unable to submit a Joint Status Report by the Court's deadline, they may submit separate statements by no later than September 28, 2023.

MINUTE ORDER - 1

The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 21st day of September 2023.

                <u>Ravi Subramanian</u>
                Clerk

                <u>*/s/Serge Bodnarchuk*</u>
                Deputy Clerk

MINUTE ORDER - 2