UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY, a foreign insurer;<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>AIDAN ISRAEL; an individual, CHALSE OKOROM; an individual, MIGUEL A. LOPEZ; an individual, MIGGY MOVER LLC; a Washington Limited Liability Company,<br><br>　　　　　　　　Defendants. | No. 2:23-cv-510-JNW<br><br>**STIPULATED MOTION AND ORDER TO DISMISS CASE WITH PREJUDICE AND WITHOUT COSTS** |

### I.　　STIPULATION

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), Plaintiff United Financial Casualty Company and Defendants Aidan Israel, Chalse Okorom, and Miguel A. Lopez hereby stipulate and agree that the above-captioned case may be dismissed with prejudice and without costs to any party.

Dated ___May 16, 2024___.

　　　　　　　　　　　　　　　LETHER LAW GROUP

　　　　　　　　　　　　　　　*s/ Eric Neal*
　　　　　　　　　　　　　　　Eric Neal, WSBA #31863
　　　　　　　　　　　　　　　1848 Westlake Ave N., Suite 100
　　　　　　　　　　　　　　　Seattle, WA 98109
　　　　　　　　　　　　　　　P: 206-467-5444 F: 206-467-5544
　　　　　　　　　　　　　　　eneal@letherlaw.com
　　　　　　　　　　　　　　　*Attorney for United Financial Casualty Company*

LEONARD LAW, PLLC

*s/ Sam Leonard*
Sam Leonard WSBA #46498
9030 35th Ave SW, Ste. 100
Seattle, Washington 98126
Telephone: 206-486-1176
Fax: 206-458-6028
Email: sam@seattledebtdefense.com
*Attorney for Defendants Aidan Israel and Chalse Okorom*

Miguel A. Lopez
*Pro se Defendant*

## II.   ORDER

Pursuant to the foregoing stipulation of the parties, it is hereby ORDERED that this case be DISMISSED with prejudice and without costs to any party.

IT IS SO ORDERED.

DATED this 16th day of May 2024.

Jamal N. Whitehead
United States District Judge

STIPULATED MOTION AND
ORDER TO DISMISS CASE  – 2

LETHER LAW GROUP
1848 WESTLAKE AVENUE N. STE. 100
SEATTLE, WASHINGTON 98109
P: (206) 467-5444  F: (206) 467-5544

# CERTIFICATE OF SERVICE

The undersigned hereby certify under the penalty of perjury under the laws of the United States of America that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the following parties:

Sam Leonard
Leonard Law, PLLC
9030 35th Ave SW, Ste. 1000
Seattle, WA 98126
Sam@SeattleDebtDefense.com

**By: ECF**

Miguel A. Lopez
4164 124th Avenue Southeast Apt 302
Bellevue, WA 98006
miggy@miggymover.com

**By: Email and First Class Mail**

Dated this <u>16th</u> day of May 2024 at Seattle, Washington.

/s/ *Judy Tustison*
Judy Tustison | Paralegal

STIPULATED MOTION AND
ORDER TO DISMISS CASE – 3

LETHER LAW GROUP
1848 WESTLAKE AVENUE N. STE. 100
SEATTLE, WASHINGTON 98109
P: (206) 467-5444  F: (206) 467-5544